No. 907. Golding v. United States. May 14, 1934. Petition for writ of certiorari to the Court of Claims denied. *Mr. George E. Golding, pro se. Solicitor General Biggs, Assistant Attorney General Sweeney,* and *Mr. Paul A. Sweeney* for the United States.

No. 936. Vans Agnew, Executrix, v. Fort Myers Drainage District. May 14, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. George Palmer Garrett* for petitioner. No appearance for respondent.

No. 938. Glanz v. United American Trust & Savings Bank et al. May 14, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Jacob Levy* for petitioner. *Messrs. Carl Meyer, David F. Rosenthal,* and *Frank D. Mayer* for respondents.

No. 940. Gray, Trustee, v. Hopkins, Collector of Internal Revenue. May 14, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. John B. Milliken* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Mr. James W. Morris* for respondent.

No. 945. American National Insurance Co. v. Bass, Collector of Internal Revenue. May 14, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. James W. Wayman* for petitioner. *Solicitor General Biggs, Assistant Attorney*